UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEIL MILLER,
    PLAINTIFF,

V                          CA 03-CV-10805-JLT

CITY OF BOSTON, ET AL
    DEFENDANT.

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.,

THE COURT HAVING BEEN ADVISED ON MARCH 9, 2006 BY COUNSEL FOR THE PARTIES THAT THE ABOVE ACTION HAS BEEN SETTLED:

IT IS ORDERED THAT THIS ACTION IS HEREBY DISMISSED.

BY THE COURT:

/S/
ZITA LOVETT,
DEPUTY CLERK

3/9/2006